P. Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
415-450-0100 (tel.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>HC DANA POINT HOTEL LLC, a Delaware limited liability company,<br><br>Defendant. | Case No: 8:22-cv-2226<br><br>**NOTICE OF SETTLEMENT** |

    Please take notice that this case has settled. Plaintiff's counsel is working with Defendant's counsel to memorialize the settlement and file the appropriate dismissal papers.

    RESPECTFULLY SUBMITTED this 13th day of January, 2023.

/s/ P. Kristofer Strojnik
P. Kristofer Strojnik (242728)
Attorneys for Plaintiff